(87 South. 923)

BEROW v. BROWN. (6 Div. 60.) (Supreme Court of Alabama. Nov. 23, 1920.) Appeal from Circuit Court, Cullman County; R. C. Brickell, Judge. Emil Ahlrichs, of Cullman, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(88 South. 921)

BIRMINGHAM SLAGG CO. v. FIES. (6 Div. 166.) (Supreme Court of Alabama. April 21, 1921.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(88 South. 921)

B. M. CARR & SON v. CARR et al. (5 Div. 765.) (Supreme Court of Alabama. April 12, 1921.) Appeal from Circuit Court, Macon County; S. L. Brewer, Judge. R. H. Powell, of Tuskegee, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(87 South. 923)

BOEGLEN v. AYERS. (8 Div. 273.) (Supreme Court of Alabama. Oct. 28, 1920.) Appeal from Circuit Court, Morgan County; O. Kyle, Judge. E. W. Godbey, of Decatur, for appellant. Wert & Hutson, of Decatur, for appellee.

ANDERSON, C. J. There is no error in the record and the cause is affirmed.

(87 South. 923)

Ex parte BOYKIN. (5 Div. 758.) (Supreme Court of Alabama. Nov. 17, 1920.) Hill, Hill, Whiting & Thomas, of Montgomery, for appellant.

PER CURIAM. Petition of L. H. Boykin for writ of prohibition or other remedial writ to the judge of the Third judicial circuit. Petition dismissed.

(87 South. 923)

BRADLEY v. MADEWELL. (6 Div. 280.) (Supreme Court of Alabama. Feb. 3, 1921.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. Tillman, Bradley & Morrow and J. D. Rucker, all of Birmingham, for appellant. Bondurant & Wooten, of Birmingham, for appellee.

PER CURIAM. Reversed and remanded, by agreement of parties.

(87 South. 923)

BURKHARDT v. BASWELL. (7 Div. 67.) (Supreme Court of Alabama. Oct. 28, 1920.)

Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge. Dortch & Allen, of Gadsden, for appellant. Hood & Murphree, of Gadsden, for appellee.

BROWN, J. Appeal dismissed on motion of the appellant.

(87 South. 923)

BURNS v. CORONA COAL CO. (6 Div. 211.) (Supreme Court of Alabama. Jan. 13, 1921.) Appeal from Circuit Court, Walker County; J. L. Sowell, Judge. W. C. Davis, of Jasper, for appellant. A. F. Fite, of Jasper, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(87 South. 923)

COMPTON v. McKINNEY et al. (2 Div. 699.) (Supreme Court of Alabama. Feb. 8, 1921.) Appeal from Circuit Court, Marengo County; A. B. Foster, Judge. S. W. Compton, of Linden, for appellant. William Cunninghame, of Linden, for appellees.

PER CURIAM. Appeal dismissed for want of prosecution.

(88 South. 921)

CORONA COAL CO. v. KING. (6 Div. 55.) (Supreme Court of Alabama. Dec. 2, 1920.) Appeal from Circuit Court, Walker County; J. J. Curtis, Judge. Action by J. L. King against the Corona Coal Company. Judgment for plaintiff, and defendant appeals. Affirmed. A. F. Fite, of Jasper, for appellant. Ray & Cooner, of Jasper, for appellee.

BROWN, J. We have carefully examined the record and assignments of error in this case, and find that the questions presented in the instant case are identical with those presented and dealt with in Corona Coal Co. v. Hooker, 85 South. 477;[1] Corona Coal Co. v. King, 85 South. 479,[2] and Corona Coal Co. v. Wright, 85 South. 480,[3] and, on the authority of those cases, the judgment of the circuit court will be affirmed. Affirmed.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

(87 South. 923)

DINWIDDIE v. STATE. (1 Div. 146.) (Supreme Court of Alabama. Nov. 11, 1920.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Dismissed for want of prosecution.

---

[1] 204 Ala. 221.     [2] 204 Ala. 223.     [3] 204 Ala 224.